O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISHJON PATTON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>L. MONTGOMERY, Warden,<br><br>　　　　　　　Respondent. | Case No. LA CV 15-08147-VBF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus is **DENIED**. Final Judgment shall be entered as a separate document.

Dated: June 16, 2017

*Valerie Baker Fairbank*

Valerie Baker Fairbank
Senior United States District Judge