JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAISHJON PATTON,**<br>　　　　　Petitioner,<br>　v.<br>L. MONTGOMERY, Warden,<br>　　　　　Respondent. | Case No. LA CV 15-08147-VBF-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge and Denying the Habeas Corpus Petition, **final judgment is hereby entered in favor of the respondent and against petitioner Daishjon Patton.**

Dated: June 16, 2017

*Valerie Baker Fairbank*

　　　　　　　Valerie Baker Fairbank
　　　　　　　Senior United States District Judge